1  **THORNTON DAVIDSON**, #166487
   Thornton Davidson & Associates
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:     (559) 256-9800
   Facsimile:     (559) 256-9799
4

5
   Attorney for Plaintiff,
6  MICHAEL CREMIN

7

8

9                    UNITED STATES DISTRICT COURT FOR

10                   THE NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL CREMIN,                         )   Case No.: C 04-4394 CW
                                           )
                Plaintiff,                 )
13 v.                                      )   **ORDER DENYING WITHOUT**
                                           )   **PREJUDICE STIPULATION TO AMEND**
14 McKESSON CORPORATION EMPLOYEES')        **THE SCHEDULING ORDER AND**
   LONG TERM DISABILITY BENEFIT PLAN,)     **CONTINUE MOTION HEARING**
15 LIBERTY LIFE ASSURANCE COMPANY OF)
   BOSTON                                  )
16              Defendant.                 )   Date: June 24, 2005
                                           )   Time: 10:00 a.m.
17 _____ )   Courtroom: 2 (4th Floor)
                                               Judge: Honorable Claudia Wilkin
18

19
       The parties in this case hereby stipulate to:
20
   1.  Amend the current Order that sets the date of the Motion for Summary Judgment re:
21
       Standard of Review for June 24, 2005; and
22
   2.  Continue the hearing on the Motion for Summary Judgment re: Standard of Review from
23
       June 24, 2005, to July 15, 2005 at 10:00 a.m. in Courtroom 2 in front of the Honorable
24
       Claudia Wilkin.  All briefing schedules and other dates in the Scheduling Order will remain
25
       the same.
26

27

28

Good cause exists for this continuance because Thornton Davidson will be unavailable at that time.

Dated: June 13, 2005                                           /s/ Thornton Davidson
                                                               THORNTON DAVIDSON
                                                               Attorney for Plaintiff,
                                                               MICHAEL CREMIN


Dated: June 14, 2005                                           /s/ Pamela Cogan
                                                               PAMELA COGAN
                                                               Attorney for Defendant,
                                                               LIBERTY LIFE ASSURANCE
                                                               COMPANY OF NORTH AMERICA

**ORDER**

**DENIED WITHOUT PREJUDICE TO STIPULATING TO CONTINUE TO A DIFFERENT DATE; JULY 15 IS OVER-BOOKED.**

Dated: **6/16/05**                                             /s/ CLAUDIA WILKEN
                                                               HONORABLE CLAUDIA WILKIN
                                                               United States District Judge

STIPULATION TO AMEND SCHEDULING ORDER AND CONTINUE MOTION FOR SUMMARY JUDGMENT RE: STANDARD OF REVIEW
CASE NO.: C 04-4394 CW

2