**THORNTON DAVIDSON**, #166487
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9799

Attorney for Plaintiff,
MICHAEL CREMIN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>     Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES')<br>LONG TERM DISABILITY BENEFIT PLAN,<br>LIBERTY LIFE ASSURANCE COMPANY OF<br>BOSTON<br>     Defendant. | Case No.: C 04-4394 CW<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER AND CONTINUE MOTION HEARING [PROPOSED] ORDER**<br><br>Date: June 24, 2005<br>Time: 10:00 a.m.<br>Courtroom: 2 (4th Floor)<br>Judge: Honorable Claudia Wilkin |

The parties in this case hereby stipulate to:

1.    Amend the current Order that sets the date of the Motion for Summary Judgment re: Standard of Review for June 24, 2005; and

2.    Continue the hearing on the Motion for Summary Judgment re: Standard of Review from June 24, 2005, to August 12, 2005 at 10:00 a.m. in Courtroom 2 in front of the Honorable Claudia Wilkin. All briefing schedules and other dates in the Scheduling Order will remain the same.

3.    The further CMC will be held at the same time.

1

2        Good cause exists for this continuance because Thornton Davidson will be unavailable on

3   June 24, 2005, and Pamela Cogan has scheduling conflicts, as well.

4

5

6   Dated: June 17, 2005

7                                                    THORNTON DAVIDSON
                                                     Attorney for Plaintiff,
8                                                    MICHAEL CREMIN

9   Dated: June 17, 2005

10                                                   PAMELA COGAN
                                                     Attorney for Defendant,
11                                                   LIBERTY LIFE ASSURANCE
                                                     COMPANY OF NORTH AMERICA
12

13                              ORDER

14

15      **IT IS SO ORDERED.**

16                                                   /s/ CLAUDIA WILKEN

17  Dated: _____6/21/05_____

18                                                   HONORABLE CLAUDIA  WILKIN
                                                     United States District Judge
19

20

21

22

23

24

25

26

27

28