IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN,

    Plaintiff,

  v.

MCKESSON CORPORATION,

    Defendant.

                              /

No. 04-04394 CW

ORDER STRIKING TRIAL BRIEF

    On September 30, 2005, Plaintiff filed a 39 page Opening Trial Brief. Pursuant to Civil Local Rule 7-2(b), briefs shall not exceed 25 pages in length. Accordingly,

    Plaintiff's Opening Trial Brief is stricken without prejudice to refiling along with a miscellaneous administrative request to exceed applicable page limitation in accordance with Local Rule 7-11.

Dated <u>10/3/05</u>

                                              */s/ Claudia Wilken*

                                              CLAUDIA WILKEN
                                              United States District Judge

United States District Court
For the Northern District of California